UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Jacksonville Division

FILED
JACKSONVILLE, FLORIDA

APR 2 2 2004

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **In re**: Patricia D. Brosnan, ) | Case #: 04-00175-3F7 | |
| Debtor ) | | |
| _____ ) | Chapter 7 | |
| ) | | |
| Patricia D. Brosnan, ) | | |
| Plaintiff ) | | |
| v ) | | |
| ) | | |
| American Education Services ) | Adv. Proc. No. __04-00135__ | |
| Defendant ) | | |
| _____ ) | | |

### NOTICE OF FILING PROOF OF SERVICE OF PROCESS

Plaintiff/ Debtor, PATRICIA D. BROSNAN, has filed proof of service of process on the defendant, AMERICAN EDUCATION SERVICES, and all known potential interested parties.

I hereby certify that I have served a true and correct copy of the above has been furnished by United States mail to: all defendants and potential interested parties on the attached mailing list, this __21st__ day of __April__, 2004.

_____
Patricia D. Brosnan, Pro Se
Post Office Box 1686
Palatka, Florida 32178
(386) 329-2000

In re: Brosnan   Adversary Proceeding Case # 04-00135
Mailing Matrix, prepared 3/29/04

_____/

American Education Services (AES)
aka Pennsylvania Higher Education Assistance Agency (PHEAA)
1200 North 7th Street
Harrisburg, PA 17102

Education Resources Institute, Inc (TERI)
31 St. James Avenue
Boston, MA 02116

President Henry Meyer                      Aka Keycorp Trust
Keybank USA, NA                            Key Education Resources
127 Public Square                          800 Superior Avenue, 4th Floor
Cleveland, OH 44114                        Cleveland, OH 44114

U.S. Department of Education
Ofc of General Counsel, Rm 4083
400 Maryland Avenue, S.W.
Washington, D.C. 20202

John Ashcroft
U.S. Attorney General
5111 Main Justice Bldg.
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Paul I. Perez
U.S. Attorney, Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Jerry Pappert
Pennsylvania Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

Tom Reilly
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108

Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Aaron R. Cohen
*Bankruptcy Trustee*
Post Office Box 4218
Jacksonville, Florida 32201