Due to heightened security procedures, persons must present photo identification to enter the Courthouse, and arrive early.

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Jacksonville Division

| | | |
|---|---|---|
| In re: Patricia D. Brosnan,<br>　　　　　　　Debtor<br>_____<br><br>Patricia D. Brosnan,<br>　　　　　　　Plaintiff<br>v<br><br>American Education Services<br>　　　　　　　Defendant<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) | Case #: 04-00175-3F7<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 04-00135 |

F I L E D
JACKSONVILLE, FLORIDA
APR 22 2004
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　　　　Address of Clerk:　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　Middle District of Florida
　　　　　　　　　　　　　　　　300 North Hogan Street, Suite 3-350
　　　　　　　　　　　　　　　　Jacksonville, Florida 32202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　　　　Name and Address of Plaintiff's Attorney:
　　　　　　　Pro Se:　Patricia D. Brosnan
　　　　　　　　　　　　417 North 3rd Street
　　　　　　　　　　　　Palatka, Florida 32177

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

　　　　Address:　**300 N. Hogan Street**
　　　　　　　　　**Jacksonville, FL**
　　　　Room: **Courtroom 4D - Fourth floor**
　　　　Date and Time: **June 22, 2004 at 9:00 a.m.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　David K. Oliveria
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Clerk of the Bankruptcy Court*

_April 13, 2004_　　　　　　By:　_Carlene Smith_
_____　　　　　　　　_____
　Date　　　　　　　　　　　　　　　　Deputy Clerk

# CERTIFICATE OF SERVICE

I, _C. Marie McCandless_, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_4/21/04_ by:
(date)

☒  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

*By certified and regular mail*

**American Education Services (AES)**
ATTN: Legal Department
1200 North 7th Street
Harrisburg, PA 17102

**American Education Services (AES)**
a/k/a Pennsylvania Higher Education Assistance Agency (PHEAA)
1200 North 7th Street
Harrisburg, PA 17102

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                                                      _C. Marie McCandless_
Date                                                                      Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd Street_
City             State     Zip
_Palatka_      _FL_      _32177_

## CERTIFICATE OF SERVICE

I, __C. Marie McCandless__, certify that I am, and at all times during the
     (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __4/21/04__ by:
     (date)

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

*By certified and regular mail*

**Education Resources Institute, Inc. (TERI)**        Jane Dixon, Clerk for TERI
31 St. James Avenue                                    993 Memorial Drive # 502
Boston, MA 02116                                       Cambridge, MA 02138

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/21/04__                                              __C. Marie McCandless__
   Date                                                          Signature

Print Name
  C. Marie McCandless
Business Address
  417 N. 3rd St.
City                   State         Zip
  Palatka              FL           32177

**CERTIFICATE OF SERVICE**

I, _C. Marie McCandless_, certify that I am, and at all times during the
      (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/21/04_ by:
  (date)

☐    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☒    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

President Henry Meyer          aka Keycorp Trust
**Keybank USA, NA**              Key Education Resources
127 Public Square               800 Superior Avenue, 4th Floor
Cleveland, OH 44114            Cleveland, OH 44114

       By certified and regular mail

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                                      _C. Marie McCandless_
Date                                              Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd St._
City                 State      Zip
_Palatka_            _FL_      _32177_

# CERTIFICATE OF SERVICE

I, __C. Marie McCandless__, certify that I am, and at all times during the
     (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __4/21/04__ by:
     (date)

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**U.S. Department of Education**
Office of General Counsel, Rm 4083
400 Maryland Avenue, S.W.
Washington, D.C. 20202

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/21/04__                                          __C. Marie McCandless__
   Date                                                        Signature

Print Name: C. Marie McCandless
Business Address: 417 N. 3rd St.
City: Palatka    State: FL    Zip: 32177

**CERTIFICATE OF SERVICE**

I, _C. Marie McCandless_, certify that I am, and at all times during the
       (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/21/04_ by:
       (date)

☒    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

John Ashcroft
**U.S. Attorney General**
5111 Main Justice Bldg.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐    Residence Service: By leaving the process with the following adult at:


☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐    Publication: The defendant was served as follows: [Describe briefly]


☐    State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: [Describe briefly]                                              (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                                         _C. Marie McCandless_
  Date                                                    Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd St._
City            State   Zip
_Palatka_       _FL_    _32177_

## CERTIFICATE OF SERVICE

I, _C. Marie McCandless_, certify that I am, and at all times during the
      (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/21/04_ by:
      (date)

☒  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Paul I. Perez
**U.S. Attorney, Middle District of Florida**
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                              _C. Marie McCandless_
Date                                    Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd St._
City _Palatka_   State _FL_   Zip _32177_

## CERTIFICATE OF SERVICE

I, _C. Marie McCandless_, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/21/04_ by:
(date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Jerry Pappert
**Pennsylvania Attorney General**
Strawberry Square, 16th Floor
Harrisburg, PA 17120

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                                              _C. Marie McCandless_
Date                                                   Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd St._
City        State    Zip
_Palatka_   _FL_     _32177_

## CERTIFICATE OF SERVICE

I, _C. Marie McCandless_, certify that I am, and at all times during the
      (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/21/04_ by:
         (date)

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Tom Reilly
**Massachusetts Attorney General**
One Ashburton Place
Boston, MA 02108

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐   Residence Service: By leaving the process with the following adult at:


☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐   Publication: The defendant was served as follows: [Describe briefly]


☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                           (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

_4/21/04_                                              _C. Marie McCandless_
  Date                                                       Signature

Print Name
_C. Marie McCandless_
Business Address
_417 N. 3rd St_
City            State     Zip
_Palatka_       _FL_      _32177_

## CERTIFICATE OF SERVICE

I, __C. Marie McCandless__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __4/21/04__ by:
(date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Charlie Crist
**Florida Attorney General**
The Capitol PL-01
Tallahassee, FL 32399-1050

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/21/04__                                          __C. Marie McCandless__
Date                                                               Signature

Print Name
__C. Marie McCandless__
Business Address
__47 N. 3rd St.__
City __Palatka__   State __FL__   Zip __32177__

## CERTIFICATE OF SERVICE

I, __C. Marie McCandless__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __4/21/04__ by:
(date)

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Aaron R. Cohen
**Bankruptcy Trustee**
Post Office Box 4218
Jacksonville, FL 32201

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/21/04__                                         __C. Marie McCandless__
Date                                                Signature

Print Name
__C. Marie McCandless__
Business Address
__417 N. 3rd St.__
City              State     Zip
__Palatka__       __FL__    __32177__